No. 123. AMERICAN FINISHING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *William W. Goodman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 125. LURIA BROTHERS & Co., INC. *v.* FEDERAL TRADE COMMISSION; and

No. 126. BALDWIN-LIMA-HAMILTON CORP. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 3d Cir. Certiorari denied. *Morris Wolf* for petitioner in No. 125. *Arthur Littleton* for petitioner Baldwin-Lima-Hamilton Corp.; *Albert R. Connelly* for petitioner Bethlehem Steel Corp.; *Howard M. Holtzmann* for petitioner CF&I Steel Corp.; *C. M. Thorp, Jr.,* and *Charles Weiss* for petitioner Edgewater Steel Co.; *William R. Bascom* and *Edwin S. Taylor* for petitioner Granite City Steel Co.; *Roger T. Clapp* for petitioner Grinnell Corp.; *Samuel D. Slade* for petitioner Lukens Steel Co.; *William B. Cudlip* for petitioner McLouth Steel Corp.; *Mr. Weiss* for petitioners National Steel Corp. et al.; and *W. H. Buchanan* for petitioner United States Steel Corp., in No. 126. *Solicitor General Griswold, Assistant Attorney General Zimmerman, James McI. Henderson,* and *David B. Morris* for respondent in both cases.

No. 135. FUNK *v.* FUNK ET AL. Ct. App. Ariz. Certiorari denied. *Leven B. Ferrin* for petitioner. *Ralph E. Hunsaker* for respondents.

No. 140. GOOD-ALL ELECTRIC MFG. Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *James J. Fitzgerald, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Crombie J. D. Garrett,* and *Louis M. Kauder* for respondent.